**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 10, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6929**

| In the Matter of | Case Number: |
|---|---|
| International Union of Operating Engineers, Local 150, AFL-CIO vs. Mahoney & Associates, L.L.C., an Illinois limited liability company | |

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

International Union of Operating Engineers, Local 150, AFL-CIO

| NAME (Type or print) |
|---|
| Elizabeth A. LaRose |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Elizabeth A. LaRose |

| FIRM |
|---|
| Local 150, Legal Department |

| STREET ADDRESS |
|---|
| 6140 Joliet Road |

| CITY/STATE/ZIP |
|---|
| Countryside, IL 60525 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229653 | (708) 579-6663 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |