AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**07 C 6929**

SUMMONS IN A CIVIL CASE

International Union of Operating Engineers,
Local 150, AFL-CIO,
        Plaintiff,

V.

Mahoney & Associates, L.L.C., an Illinois
limited liability company,
        Defendants.

CASE NUMBER: **JUDGE GETTLEMAN**
                    **MAGISTRATE JUDGE SCHENKIER**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Please serve: Mahoney & Associates, L.L.C.
                c/o Registered Agent
                Clinton Mahoney
                237 E. Ontario
                Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Local 150 Legal Department
6140 Joliet Road, Countryside, IL 60525

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

December 10, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-28-07 @ 2:45pm |
| NAME OF SERVER (PRINT) Deborah Georges Brodlo | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 237 E. Ontario, 1st Floor, Chicago, IL  c/o James Mahoney - authorized to accept.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-31-07
    Date

Signature of Server: Deborah Brodlo

Address of Server: PO Box 971, Elgin IL 60121

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.