IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO | CIVIL ACTION<br><br>NO.  07 C 6929 |
| Plaintiff, | |
| vs. | JUDGE:  Gettleman<br><br>MAGISTRATE JUDGE: Schenkier |
| MAHONEY & ASSOCIATES, L.L.C. an Illinois limited liability company, | |
| Defendant. | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, International Union of Operating Engineers, Local 150, AFL-CIO, (hereinafter "Local 150") by its attorneys, moves the Court pursuant to Rule 55, F.R.Civ.P., for entry of judgment by default against Defendant, Mahoney & Associates, L.L.C., (hereinafter, "the Company") in the total amount of $478.98 plus Local 150's reasonable attorneys' fees in the amount of $1,125.00, and their costs of action in the amount of $425.00.  In support of this motion, Local 150 states that:

     1.     On December 10, 2007, Local 150, filed this action pursuant to §301 of the Labor-Management Relations Act (LMRA), 29 U.S.C. §185.  Local 150's Complaint sought to enforce an arbitration award against the Company in the amount of $478.98 (see Declaration of Steven M. Cisco attached hereto as Exhibit 1).

     2.     On December 28, 2007, Local 150 served the Company with a copy of the Summons and Complaint (a copy of the Summons and Affidavit of Service is attached hereto as Exhibit 2).

Pursuant to Rule 12(a) F.R.Civ.P., the Company was required to appear and answer Local 150's Complaint on or before January 17, 2008.

3. As of the time of the filing of this motion, the Company has not answered or otherwise filed pleadings in response to Local 150's Complaint.

4. As of this date, Local 150 has expended $1,125.00 in attorneys' fees for this litigation (see Declaration of Dale D. Pierson attached hereto as Exhibit 3), and $425.00 in costs (see Declaration of Melissa L. Binetti attached hereto as Exhibit 4).

WHEREFORE, Local 150 respectfully requests this Court for entry of judgment by default against Mahoney & Associates, L.L.C., and in favor of Local 150 in the amount of $478.98 plus Local 150's attorneys' fees in the amount of $1,125.00 and costs in the amount of $425.00 (a draft Order is attached hereto as Exhibit 5).

Dated: April 23, 2008

Respectfully submitted,

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,

By:   s/Melissa L. Binetti
       Attorney for the Plaintiff

Name and Address of Attorneys for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Lauren S. Shapiro
Local 150 Legal Dept.
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing *Notice of Motion* and *Motion for Default Judgment* to be served upon:

Clinton Mahoney
Registered Agent for:
Mahoney & Associates, LLC
237 E. Ontario
Chicago, IL 60611

Clinton Mahoney
Mahoney & Associates, LLC
12736 S. Ridgeway
Alsip, IL 60803

via U.S. mail on or before the hour of 5:00 p.m. this 23rd day of April, 2008.

                                        By:   s/Melissa L. Binetti
                                                   Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 - facsimile

\\SERVER\DATA\AE\MAHONEY & ASSOCIATES-AE-00086\PLEADINGS\MOTION FOR DEFAULT\MOTION FOR DEFAULT.DOC