IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO ) ) ) | CIVIL ACTION<br><br>NO.  07 C 6929 |
| Plaintiff, ) ) | |
| vs. ) ) | JUDGE:  Gettleman |
| ) | MAGISTRATE JUDGE: Schenkier |
| MAHONEY & ASSOCIATES, L.L.C. an Illinois limited liability company, ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Clinton Mahoney, Registered Agent for:     Clinton Mahoney
     Mahoney & Associates, LLC                  Mahoney & Associates, LLC
     237 E. Ontario                             12736 S. Ridgeway
     Chicago, IL 60611                          Alsip, IL 60803

PLEASE TAKE NOTICE that on the 29th day of April, 2008 at 9:15 a.m., or as soon thereafter as counsel can be heard, we shall appear before the Honorable Judge Robert W. Gettleman of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1703 at 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiff's Motion for Default, a copy of said motion is attached hereto.

                                    By:  s/Melissa L. Binetti
                                         Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:
Dale D. Pierson
Elizabeth A. LaRose
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – fax
I:\AE\Mahoney & Associates-AE-00086\Pleadings\Motion for Default\notice.motion.default.doc