Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6929 | **DATE** | 4/29/2008 |
| **CASE TITLE** | International Union of Operating Engineers   vs   Mahoney & Associates | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for default judgment is granted.
Judgment is entered in favor of plaintiff and against defendant in the total sum of $2,028.98. Plaintiff is awarded execution. The Court retains jurisdiction.

[For further detail see separate order]
[Docketing to mail notice]

00:04

| | Courtroom Deputy Initials: | GDS |
|---|---|---|