## United States District Court for the Northern District of Illinois

Case Number: 07cv6929                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☑ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
☐ Citation to Discover Assets             (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _5/29/08_ as to _american chartered_
                              (Date)
_bank_ _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05