# American Chartered Bank

1199 E. Higgins Road
Schaumburg, IL 60173
847.517.5400 tel
www.americhrtrdbnk.com

June 17, 2008

**VIA FAX & FIRST CLASS MAIL**

Melissa L. Binetti
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525

FAX #708-588-1647

RE: Non-Wage Garnishment, Case No. 07 C 6929
 International Union of Operating Engineers, Local 150, AFL-CIO
 Vs. Mahoney & Associates, LLC

Dear Ms. Binetti

Attached is American Chartered Bank's Interrogatories to Garnishee related to the above-mentioned case, number 07 C 6929. Please advise immediately once the court issues a Satisfaction of Judgment or Turnover Order.

Should you have any questions, please contact me at (847) 407-2620. Documents regarding this case may also be faxed to my attention at (847) 517-4046.

Sincerely,

Linda Halpin
Legal Department

Enclosure

CC: Mahoney & Associates, LLC

  Clerk of the Circuit Court
  U.S. Courthouse
  219 South Dearborn Street
  Chicago, IL 60604

Member FDIC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL UNION OF OPERATING )
ENGINEERS, LOCAL 150, AFL-CIO, )
)
Plaintiff, )
)
vs )
) CIVIL ACTION NO. 07 C 6929
MAHONEY & ASSOCIATES, LLC, )
an Illinois limited liability company, ) JUDGE Gettleman
Defendant, )
) MAGISTRATE JUDGE: Schenkier
and )
) RETURN DATE: June 24, 2008
AMERICAN CHARTERED BANK, )
Warrenville, IL 60555, )
Garnishee )

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: [✓] Yes   [ ] No

2. If your answer is yes, describe the property: _____

   Checking account   $723.13

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: [ ] Yes   [✓] No

4. If your answer is yes, state:

   Description: _____

   Amount: $_____   Date Due: _____

5. A notarized copy of the answer to these interrogatories must be mailed to the Clerk of Court at 219 South Dearborn Street, Chicago, Illinois 60604.

## AFFIDAVIT

MARIA A. NICOLAS , the undersigned on oath states that the answers to the interrogatories are true. I further certify that a copy of these completed interrogatories have been sent by first class mail to the judgment debtor and the judgment creditor or his attorney at the address specified in the affidavit for non-wage garnishment

_____
(Signature)

Signed and sworn to before me this
17th day of June, 2008.
Maria A. Nicolas (Notary Public)

Official Seal
Maria A Nicolas
Notary Public State of Illinois
My Commission Expires 03/01/2009

L:\AE\Mahoney & Associates-AE-00086\non-wage garnishment.doc