UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br><br>   Plaintiff,<br><br>vs.<br><br>MAHONEY & ASSOCIATES, LLC,<br>an Illinois Limited Liability Company,<br>   Defendant,<br><br>  and<br><br>AMERICAN CHARTERED BANK,<br>Warrenville, IL 60555,<br>   Garnishee. | CIVIL ACTION NO. 07 C 6929<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE: Schenkier |

## MOTION FOR ENTRY OF
## TURNOVER ORDER AND AMENDMENT OF JUDGMENT

Plaintiff, International Union of Operating Engineers, Local 150, AFL-CIO, (hereinafter "Local 150") by its attorneys, moves the Court pursuant to Rule 69 of the Federal Rules of Civil Procedure, for an order requiring Garnishee, American Chartered Bank, (hereinafter, "Garnishee") to turn over funds in its possession to Plaintiff and amending the judgment already entered against Defendant, Mahoney & Associates, L.L.C. (hereinafter "Defendant"). In support of this motion, Local 150 states that:

  1. On December 10, 2007, Local 150, filed this action pursuant to §301 of the Labor-Management Relations Act (LMRA), 29 U.S.C. §185. Local 150's Complaint sought to enforce an arbitration award against the Defendant. On April 29, 2008, the Court entered judgment in the amount of $2,028.98. On June 4, 2008, Local 150 served the Garnishee with garnishment interrogatories and a certified copy of the judgment. On June 17, 2008, the Garnishee responded to

such interrogatories, indicated that it possesses $723.13 belonging to the Defendant, and requested to be immediately advised once the court issues a Turnover Order. (Copy attached hereto as Exhibit 1).

    2.    Federal Rule of Civil Procedure 69 states in part: "The procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." FED. R. CIV. P. 69(a)(1). The Illinois Code of Civil Procedure (735 ILCS 5/12-718) states in part:

> If the garnishee has in his or her possession, custody or control any property belonging to the defendant or which he or she is obligated to deliver to the defendant, with or without condition, the court may enter all proper orders for the delivery thereof to the proper officer….

Because Local 150 has properly requested payment pursuant to the Rules, Local 150 seeks an order from this Court requiring the Garnishee to turn over the funds identified as belonging to the Defendant.

    3.    The Illinois Code of Civil Procedure further states (735 ILCS 5/12-716): "The costs of obtaining a garnishment order shall be charged to the judgment debtor...." In addition, the Master Agreement entered into between Local 150 and Excavators, Inc., to which terms and provisions the Defendant is bound, provides that in the event the prevailing party is required to file suit to enforce the decision or award, and it prevails, it shall be entitled to recover its costs, including attorney's fees, from the losing party. The additional fees incurred in obtaining a garnishment order and preparation of this motion are $1,000.00 (see Declaration of Dale D. Pierson attached hereto as Exhibit 2) and additional costs are $84.30 (see Declaration of Melissa L. Binetti attached hereto as Exhibit 3). Pursuant to 735 ILCS 5/12-716, Local 150 moves this Court to amend the judgment already entered against the Defendant to include these additional amounts, for a total judgment of

$3,113.28.

      4.      A draft turnover order is attached hereto as Exhibit 4.

      5.      A draft order amending judgment is attached hereto as Exhibit 5.

WHEREFORE, Local 150 respectfully requests that this Court enter an order requiring Garnishee to turn over $723.13 to Local 150 and an order amending the previously entered judgment against the Defendant to include additional costs and attorneys' fees of $1,084.30.

                                  Respectfully submitted,

                              By:   s/Melissa L. Binetti
                                      Attorney for the Plaintiff

Name and Address of Attorneys for Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 - facsimile

I:\AE\MAHONEY & ASSOCIATES-AE-00086\PLEADINGS\MOTION FOR TURNOVER\TURNOVER.ORDER.MOTION.DOC