IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO | ) | CIVIL ACTION |
| | ) | NO. 07 C 6929 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE: Gettleman |
| | ) | MAGISTRATE JUDGE: Schenkier |
| MAHONEY & ASSOCIATES, L.L.C. an Illinois limited liability company, | ) | |
| Defendant. | ) | |

**INDEX OF EXHIBITS**

Exhibit 1: American Chartered Bank's cover letter dated June 17, 2008 and Interrogatories to Garnishee file-stamped June 19, 2008;

Exhibit 2: Unsworn Declaration of Dale D. Pierson pursuant to 28 U.S.C. § 1746;

Exhibit 3: Unsworn Declaration of Melissa L. Binetti pursuant to 28 U.S.C. § 1746;

Exhibit 4: Draft Turnover Order

Exhibit 5: Draft Order Amending Judgment

Name and Address of Attorney for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL 60525
(708) 579-6663
(708) 588-1647 – facsimile

# EXHIBIT 1

Case 1:07-cv-06929 Document 18 Filed 06/19/2008 Page 1 of 2

EP

American Chartered Bank

1199 E. Higgins Road
Schaumburg, IL 60173
847.517.5400 tel
www.americancharteredbank.com

June 17, 2008

**VIA FAX & FIRST CLASS MAIL**

Melissa L. Binetti
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525

FAX #708-588-1647

RE: Non-Wage Garnishment, Case No. 07 C 6929
International Union of Operating Engineers, Local 150, AFL-CIO
Vs. Mahoney & Associates, LLC

Dear Ms. Binetti

Attached is American Chartered Bank's Interrogatories to Garnishee related to the above-mentioned case, number 07 C 6929. Please advise immediately once the court issues a Satisfaction of Judgment or Turnover Order.

Should you have any questions, please contact me at (847) 407-2620. Documents regarding this case may also be faxed to my attention at (847) 517-4046.

Sincerely,

Linda Halpin
Legal Department

Enclosure

CC: Mahoney & Associates, LLC

Clerk of the Circuit Court
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Case 1:07-cv-06929 Document 18 Filed 06/19/2008 Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,
Plaintiff,

vs

MAHONEY & ASSOCIATES, LLC, an Illinois limited liability company,
Defendant,

and

AMERICAN CHARTERED BANK, Warrenville, IL 60555,
Garnishee

CIVIL ACTION NO. 07 C 6929

JUDGE Gettleman

MAGISTRATE JUDGE: Schenkier

RETURN DATE: June 24, 2008

**INTERROGATORIES TO GARNISHEE**

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER: [✓] Yes [ ] No

2. If your answer is yes, describe the property: Checking account $723.13

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: [ ] Yes [✓] No

4. If your answer is yes, state:

Description: __________

Amount: $ __________ Date Due: __________

5. A notarized copy of the answer to these interrogatories must be mailed to the Clerk of Court at 219 South Dearborn Street, Chicago, Illinois 60604.

**AFFIDAVIT**

MARIA A. NICOLAS, the undersigned on oath states that the answers to the interrogatories are true. I further certify that a copy of these completed interrogatories have been sent by first class mail to the judgment debtor and the judgment creditor or his attorney at the address specified in the affidavit for non-wage garnishment

(Signature)

Signed and sworn to before me this 17th day of JUNE, 2008.
Maria A. Nicolas (Notary Public)

Official Seal
Maria A Nicolas
Notary Public State of Illinois
My Commission Expires 03/01/2009

I:\AE\Mahoney & Associates-AE-00086\non-wage garnishment doc

EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,

Plaintiff,

vs.

MAHONEY & ASSOCIATES, LLC, an Illinois Limited Liability Company,
Defendant,

and

AMERICAN CHARTERED BANK, Warrenville, IL 60555,
Garnishee.

CIVIL ACTION NO. 07 C 6929

JUDGE Gettleman

MAGISTRATE JUDGE: Schenkier

**UNSWORN DECLARATION OF DALE D. PIERSON PURSUANT TO 28 U.S.C. § 1746**

1. I am General Counsel to the International Union of Operating Engineers, Local 150, AFL-CIO ("Local 150") and am one of the attorneys for the Plaintiff in the above-entitled action. I have personal knowledge of the facts regarding this matter and the time expended in the prosecution of this action now pending in the United States District Court. If called as a witness, I am competent to testify in respect thereto.

2. The attorneys assigned to this matter have expended four (4) hours in the preparation of the non-wage garnishment documents and this motion for turnover, including this Declaration in support thereof.

3. I have in my possession a complete written record of the hours expended in the prosecution of this action in the form of redacted contemporaneous time records which specify the various activities of Counsel required in the litigation of this matter and confirm the number of hours expended as set forth above.

4. The usual and normal hourly charges by Affiant's legal department for Federal Court litigation under the Labor-Management Relations Act range from $225.00 per hour to $400.00 per hour based on level of experience.

5. To the best of my knowledge and belief, the rates charged per hour are less than or equal to the usual and customary rates charged by other law firms doing similar work in the United States District Court for the Northern District of Illinois.

6. The Illinois Code of Civil Procedure permits a judgment creditor, Plaintiff, to recover the costs of preparing such motions from the judgment debtor, Defendant. Furthermore, the Master Agreement entered into between Local 150 and Excavators, Inc., to which terms and provisions the Defendant is bound, provides that in the event the prevailing party is required to file suit to enforce a decision or award, and it prevails, it shall be entitled to recover its costs, including attorney's fees, from the losing party.

7. This Declaration is in support of the Plaintiff's Motion for Turnover Order and Amendment of Judgment to include additional reasonable attorneys' fees in the amount of $1000.00.

**Certification**

I, DALE D. PIERSON, pursuant to 28 U.S.C. § 1746, certify under penalty of perjury that the statements in the foregoing declaration are true and correct.

Executed on June 23, 2008.

DALE D. PIERSON

C:\DOCUMENTS AND SETTINGS\SHAYES.L150\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\H0TQLX1M\TURNOVER DECLARATION DDP.DOC

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br><br>Plaintiff,<br><br>vs.<br><br>MAHONEY & ASSOCIATES, LLC, an Illinois Limited Liability Company,<br>Defendant,<br><br>and<br><br>AMERICAN CHARTERED BANK, Warrenville, IL 60555,<br>Garnishee. | ) | CIVIL ACTION NO. 07 C 6929<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE: Schenkier |

**UNSWORN DECLARATION OF MELISSA L. BINETTI PURSUANT TO 28 U.S.C. § 1746**

1. I am one of the attorneys for the Plaintiff in this action. I have personal knowledge of the facts regarding this matter and the costs expended in the prosecution of it and, if called as a witness, could so testify.

2. On May 29, 2008 we obtained a certified copy of the Judgment Order in the above-captioned matter and paid $9.30 to the Clerk of Court. On June 4, 2008, we caused the Garnishee, American Chartered Bank, to be served copies of a Garnishment Summons (Non-Wage), Notice, Affidavit, Interrogatories and certified copy of Judgment Order, at a cost of $75.00. The additional costs of obtaining and serving the garnishment order in this matter total $84.30.

**Certification**

I, MELISSA L. BINETTI, pursuant to 28 U.S.C. § 1746, certify under penalty of perjury that the statements in the foregoing declaration are true and correct.

Executed on June 24, 2008.

MELISSA L. BINETTI

I:\AE\MAHONEY & ASSOCIATES-AE-00086\PLEADINGS\MOTION FOR TURNOVER\TURNOVER.DECLARATION.MLB.DOC

# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br>Plaintiff,<br><br>vs.<br><br>MAHONEY & ASSOCIATES, LLC, an Illinois Limited Liability Company,<br>Defendant,<br><br>and<br><br>AMERICAN CHARTERED BANK, Warrenville, IL 60555,<br>Garnishee. | ) | CIVIL ACTION NO. 07 C 6929<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE: Schenkier |

**TURNOVER ORDER**

This matter coming to be heard upon Plaintiff's Motion for Entry of Turnover Order and Amendment of Judgment, the Court being fully advised on the premises, it is hereby ordered that:

1. The Garnishee shall promptly turn over $723.13 to Plaintiff.

2. The Court shall retain jurisdiction for the purpose of enforcing this order.

ENTER:

______________________________
UNITED STATES DISTRICT COURT

DATED:____________________

Name and Address of Attorneys for Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL 60525
(708) 579-6663
(708) 588-1647 - facsimile


I:\AE\Mahoney & Associates-Ae-00086\Pleadings\Motion For Turnover\Order.Turnover.Doc

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, Plaintiff, | ) | CIVIL ACTION NO. 07 C 6929 |
| vs. | ) | JUDGE Gettleman |
| MAHONEY & ASSOCIATES, LLC, an Illinois Limited Liability Company, Defendant, | ) | MAGISTRATE JUDGE: Schenkier |

**ORDER AMENDING JUDGMENT**

This matter coming to be heard upon Plaintiff's Motion for Entry of Turnover Order and Amendment of Judgment, the Court being fully advised on the premises, it is hereby ordered that:

1. The Judgment entered on April 29, 2008 against the Defendant in the amount of $2,028.98 is amended to include additional costs and attorneys' fees in the amount of $1,084.30, incurred by Plaintiff in obtaining a garnishment order and in preparing the aforementioned motion, for a total judgment of **$3,113.28**.

2. The Court shall retain jurisdiction for the purpose of enforcing this order.

ENTER:

______________________________
UNITED STATES DISTRICT COURT

DATED:____________________

Name and Address of Attorneys for Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL 60525
(708) 579-6663
(708) 588-1647 - facsimile

I:\AE\Mahoney & Associates-AE-00086\Pleadings\Motion For Turnover\Order.Amend.Judgment.Doc