IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF ) | CIVIL ACTION |
| OPERATING ENGINEERS, ) | |
| LOCAL 150, AFL-CIO ) | NO.  07 C 6929 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGE:  Gettleman |
| ) | |
| ) | MAGISTRATE JUDGE: Schenkier |
| MAHONEY & ASSOCIATES, L.L.C. ) | |
| an Illinois limited liability company, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Clinton Mahoney, Registered Agent for:    Clinton Mahoney
     Mahoney & Associates, LLC                  Mahoney & Associates, LLC
     237 E. Ontario                             12736 S. Ridgeway
     Chicago, IL 60611                          Alsip, IL 60803

PLEASE TAKE NOTICE that on the 8th day of July, 2008 at 9:15 a.m., or as soon thereafter as counsel can be heard, we shall appear before the Honorable Judge Robert W. Gettleman of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1703 at 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiff's Motion for Entry of Turnover Order and Amendment of Judgment, a copy of said motion is attached hereto.

By:   s/Melissa L. Binetti
      Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:
Dale D. Pierson
Elizabeth A. LaRose
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – fax

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing *Notice of Motion* and *Motion for Entry of Turnover Judgment and Amendment of Judgment* to be served upon:

Clinton Mahoney
Registered Agent for:
Mahoney & Associates, LLC
237 E. Ontario
Chicago, IL 60611

Clinton Mahoney
Mahoney & Associates, LLC
12736 S. Ridgeway
Alsip, IL 60803

via U.S. mail on or before the hour of 5:00 p.m. this 25th day of June, 2008.

                                                By:   s/Melissa L. Binetti
                                                          Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – facsimile

I:\AE\Mahoney & Associates-AE-00086\Pleadings\Motion for Turnover\notice.motion.turnover.doc