# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6929 | **DATE** | 7/11/2008 |
| **CASE TITLE** | International Union of Operating | Vs | Mahoney & Associates |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [19] to amend judgment to include attorneys' fees in the amount of $1,084.30 and for turnover order is granted.

[For further detail see two separate orders]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|

U.S. DISTRICT COURT
2008 JUL 11 PM 2:19
FILED