

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br>　　　　Plaintiff,<br><br>vs.<br><br>MAHONEY & ASSOCIATES, LLC,<br>an Illinois Limited Liability Company,<br>　　　　Defendant,<br><br>and<br><br>AMERICAN CHARTERED BANK,<br>Warrenville, IL 60555,<br>　　　　Garnishee. | CIVIL ACTION NO. 07 C 6929<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE: Schenkier |

### TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Entry of Turnover Order and Amendment of Judgment, the Court being fully advised on the premises, it is hereby ordered that:

1. The Garnishee shall promptly turn over $723.13 to Plaintiff.

2. The Court shall retain jurisdiction for the purpose of enforcing this order.

ENTER:

*Robert W. Gettleman*

UNITED STATES DISTRICT COURT

DATED: July 11, 2008

1