

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br>Plaintiff, | )<br>)<br>)   CIVIL ACTION NO. 07 C 6929<br>) |
| vs. | )   JUDGE Gettleman<br>) |
| MAHONEY & ASSOCIATES, LLC,<br>an Illinois Limited Liability Company,<br>Defendant, | )   MAGISTRATE JUDGE: Schenkier<br>)<br>)<br>) |

### ORDER AMENDING JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Entry of Turnover Order and Amendment of Judgment, the Court being fully advised on the premises, it is hereby ordered that:

1. The Judgment entered on April 29, 2008 against the Defendant in the amount of $2,028.98 is amended to include additional costs and attorneys' fees in the amount of $1,084.30, incurred by Plaintiff in obtaining a garnishment order and in preparing the aforementioned motion, for a total judgment of **$3,113.28.**

2. The Court shall retain jurisdiction for the purpose of enforcing this order.

ENTER

*/s/ Robert W. Gettleman*

UNITED STATES DISTRICT COURT

DATED: July 11, 2008

1