# United States District Court for the Northern District of Illinois

Case Number: 07CV6929       Assigned/Issued By: DAJ

Judge Name: GETTLEMAN       Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

## ISSUANCES

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        (Victim, Against and $ Amount)

☑ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

 1   Original and  1   copies on  08/06/08   as to  MAHONEY AND ASSOCIATES
                                     (Date)
(NO NOTICE)

C:\wpwin80\docket\feeinfo.frm    03/14/05